# Court of Appeals
# of the State of Georgia

ATLANTA,  December 23, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0805.  NKOMA ANTOINE MORGAN v. THE STATE.**

In 2013, a jury found Nkoma Antoine Morgan guilty of armed robbery and other crimes.  On July 30, 2019, the trial court entered an order denying his motion for a new trial.  On August 30, 2019, Morgan filed a notice of appeal.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Morgan's notice of appeal was untimely filed 31 days after entry of the order sought to be appealed.  Consequently, we lack jurisdiction over Morgan's appeal, which is hereby DISMISSED.

Because Morgan is represented by counsel, he is informed of the following in accordance with *Rowland*, 264 Ga. at 875-876 (2): This appeal has been dismissed because you failed to file a proper and timely notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction.  If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is DIRECTED to send a copy of this order to Morgan and to his attorney, and the latter also is DIRECTED to send a copy to Morgan.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  12/23/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*